UNITED STATES OF AMERICA

DISTRICT COURT FOR MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 15 A 9:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

ROSARIO GUZZI, Plaintiff    )
                            )
v.                          )   CASE NO. 05-10300-RWZ
                            )
MICHAEL THOMPSON, Defendant

## PETITION FOR APPOINTMENT OF COUNSEL

The petitioner-plaintiff in the above entitled matter respectfully moves this Honorable Court GRANT him counsel to proceed in his habeas request, U.S.C. § 2254, pursuant to the Criminal Justice Act, U.S.C. Title 18, § 3006A.

As reasons therefore, the petitioner-plaintiff attaches his memorandum of law in support of his request for counsel.

SWORN to by me at Shirley, MA 01464, under the pains and penalties of perjury.

*[signature]*
Rosario Guzzi, pro se
MCI Shirley Medium
Box 1218
Shirley, MA 01464

January 31, 2005