UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10300-RWZ

ROSARIO GUZZI

v.

MICHAEL THOMPSON

ORDER

February 23, 2005

ZOBEL, D.J.

This matter is before me for preliminary review of the petition for a writ of Habeas Corpus pursuant to Rule 4 of the Rules Governing 28 U.S.C. § 2254 Petitions.

The court is unable to conduct the required review, as the petition is too sketchy to allow an understanding of the sentence imposed by the state court and the nature of the constitutional error petitioner asserts and the bases for those claims. Accordingly, if petitioner wishes to proceed, he shall file a supplemental document more clearly setting forth his allegations. He shall file such supplemental pleading on or before March 18, 2005, or the petition will be dismissed.

| DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT COURT |
|---|---|