CERTIFICATE OF SERVICE

I, Rosario Guzzi, certify that I have served a true copy of my petition for habeas corpus, with cover sheets, to respondent, Michael Thompson, Superintendent of MCI Shirley Medium, Box 1218, Shirley, MA 01464, and a true copy to the Attorney General's office at One Ashburton Place in Boston, MA 02108, both via first class mail, postage paid, by depositing same in the institution's mail drop this 17th day of February 2005.

*[signature]*

Rosario Guzzi, pro se

W-63283

MCI Shirley Medium

Box 1218

Shirley, MA 01464

cc: U. S. District Court
One Courthouse Way
Boston, MA 02110

Clerk/Suite 2500

Case No. 05-10300RWZ