UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10300-RWZ

ROSARIO GUZZI

v.

MICHAEL THOMPSON

ORDER

March 29, 2005

ZOBEL, D.J.

　　Although petitioner's supplemental pleading is still sparse on facts, it states, at least, a claim that petitioner was convicted of offenses not charged. The petition, with any additional discernible claims, is therefore sufficient to call for a responsive pleading which shall be filed by May 10, 2005.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |