UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CASE NO. 1:05-cv-10300-RWZ

ROSARIO GUZZI

Petitioner

v.

MICHAEL THOMPSON

Respondent

PETITIONER'S MOTION TO ASSENT TO EXTENSION

Now comes the petitioner in the above caption matter and respectfully ASSENTS to the respondent's request for an enlargement of time to file a responsive pleading to petitioner's writ of habeas corpus, pursuant to 28 U.S.C. §2254. Said enlargement is until June 13, 2005, for an answer.

WHEREFORE, the petitioer prays that respondent's request be ALLOWED.

Respectfully submitted,

Rosario Guzzi, pro se

MCI Shirley Medium

Box 1218

Shirley, MA 01464

May 6, 2005

CERTIFICATE OF SERVICE

I certify that I have served a true copy of my motion to ASSENT to respondent's extension of time upon the respondent's counsel, E. M. Badway, Esq., Asst. Atty. Gen. at 1 Ashburton Pl. in Boston, MA 02108-1598, via first class mail, postage paid, by depositing same in the institution's mail drop.

*Rosario Guzzi*, pro se

MCI Shirley Medium

Box 1218

Shirley, MA 01464

May 6, 2005