UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSARIO GUZZI )
    Petitioner, )
)
v. ) Civil Action No. 05-10300-RWZ
)
MICHAEL THOMPSON )
    Respondent. )

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Docket Sheet, *Commonwealth v. Rosario F. Guzzi, Jr.*, MICR 1996-01187.

2. Docket Sheet, *Commonwealth v. Rosario F. Guzzi, Jr.*, MICR1997-1058.

3. Defendant's Brief, *Commonwealth v. Guzzi*, Massachusetts Appeals Court No. 2003-P-1558.

4. Defendant's Appendix, *Commonwealth v. Guzzi*, Massachusetts Appeals Court No. 2003-P-1558.

5. Commonwealth's Brief and Supplemental Record Appendix, *Commonwealth v. Guzzi*, Massachusetts Appeals Court No. 2003-P-1558.

6. Defendant's Reply Brief, *Commonwealth v. Guzzi*, Massachusetts Appeals Court No. 2003-P-1558.

7. *Commonwealth v. Guzzi*, 62 Mass. App. Ct. 1110, 817 N.E. 2d 817 (2004).

8. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Guzzi*, SJC Docket No. FAR-14523.

9. SJC Docket, *Commonwealth v. Guzzi*, SJC Docket No. FAR-14523.

10. Notice of Denial of ALOFAR, *Commonwealth v. Guzzi*, SJC Docket No. FAR-14523.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*Eva M. Badway*
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2005, I caused a copy of the above Notice of Filing to be served by first-class mail, postage prepaid, upon Rosario Guzzi, Jr., *pro se*, MCI-Shirley, Box 1218, Shirley, Massachusetts 01464.

Eva M. Badway