UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSARIO GUZZI
        Petitioner

                                  CIVIL ACTION

V.

                                  NO. 05CV10300-RWZ

MICHAEL THOMPSON
        Respondent

## ORDER OF DISMISSAL

ZOBEL, D. J.

     In accordance with the Court's Memorandum and Order dated 11/4/05 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                            By the Court,

11/4/05                                    s/ Lisa A. Urso
Date                                      Deputy Clerk

(2254dism.ord - 09/92)                                                                  [odism.]