UNITED STATES OF AMERICA

DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-10300-RWZ

ROSARIO GUZZI, Petitioner

v.

MICHAEL THOMPSON, Respondent

REQUEST FOR A CERTIFICATE OF APPEALABILITY

PURSUANT TO LOCAL RULE 22.1 HABEAS CORPUS

The petitioner-appellant in this habeas proceeding requests that this court issue a Certificate of Appealability (COA) under the standard set forth in 28 U.S.C. § 2253(c)(2).

As reasons therefore, the petitioner-appellant attaches his legal elements in support of said request.

Respectfully submitted,

Rosario Guzzi, pro se

MCI Shirley Medium

Box 1218

Shirley, MA 01464

November 11, 2005