UNITED STATES OF AMERICA

DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-10300-RWZ

ROSARIO GUZZI, Petitioner

v.

MICHAEL THOMPSON, Respondent

REQUEST FOR A CERTIFICATE OF APPEALABILITY

PURSUANT TO LOCAL RULE 22.1 HABEAS CORPUS

The petitioner-appellant in this habeas proceeding requests that this court issue a Certificate of Appealability (COA) under the standard set forth in 28 U.S.C. § 2253(c)(2).

As reasons therefore, the petitioner-appellant attaches his legal elements in support of said request.

Respectfully submitted,

Rosario Guzzi, pro se

MCI Shirley Medium

Box 1218

Shirley, MA 01464

November 11, 2005

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

December 30, 2005

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No. 05-cv-10300-RWZ   Guzzi   v.   Thompso

Dear Ms. Thornton:

   The petitioner in this case has filed a Certificate of Appealability application before the Court of Appeals. This court is requesting that the district court construe the November 17, 2005 Certificate of Appealability filed in the district court, as sufficiently evincing a desire to appeal.

   Accordingly, please certify the record to this court as soon as possible.

Sincerely,

By: /s/ Donna Berchard
Appellate Liaison

DB/file


cc:   Rosario Guzzi
      MCI Shirley Medium
      PO Box 1218
      Shirley, MA   01464