UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10300

Rosario Guzzi

v.

Michael Thompson

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 27, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/27/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10300-RWZ

Guzzi v. Thompson  
Assigned to: Judge Rya W. Zobel  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/15/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

Rosario Guzzi         represented by   Rosario Guzzi  
MCI Shirley Medium  
P.O. Box 1218  
Shirley, MA 01464  
PRO SE

V.

**Respondent**

Michael Thompson      represented by   Eva M. Badway  
Attorney General's Office  
One Ashburton Place  
Boston, MA 02108-1698  
617-727-2200 x2824  
Fax: 671-727-5755  
Email: eva.badway@ago.state.ma.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2005 | 1 | PETITION for Leave to Proceed in forma pauperis by Rosario Guzzi.(Jenness, Susan) (Entered: 02/15/2005) |
| 02/15/2005 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 62120, filed by Rosario Guzzi.(Jenness, Susan) (Entered: 02/15/2005) |

| | | |
|---|---|---|
| 02/15/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge New Magistrate Judge. (Jenness, Susan) (Entered: 02/15/2005) |
| 02/15/2005 | 3 | MOTION to Appoint Counsel by Rosario Guzzi.(Jenness, Susan) (Entered: 02/15/2005) |
| 02/15/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Appoint Counsel filed by Rosario Guzzi. (Jenness, Susan) (Entered: 02/15/2005) |
| 02/23/2005 | 5 | Judge Rya W. Zobel : ORDER entered. re 2 Petition for writ of habeas corpus (28:2254) filed by Rosario Guzzi. Plaintiff shall file such supplemental pleading on or before 3/18/05, or the petition will be dismissed. (Urso, Lisa) Modified on 2/24/2005 (Johnson, Jay). (Entered: 02/23/2005) |
| 02/23/2005 | 6 | CERTIFICATE OF SERVICE by Rosario Guzzi re 2 Petition for writ of habeas corpus (28:2254). (Johnson, Jay) (Entered: 02/24/2005) |
| 03/11/2005 | 7 | NOTICE of Supplemental Pleading of Legal Elements by Rosario Guzzi re 2 Petition for writ of habeas corpus (28:2254) (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 8 | MOTION for Evidentiary Hearing by Rosario Guzzi.(Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 9 | MEMORANDUM in Support re 8 MOTION for Evidentiary Hearing filed by Rosario Guzzi. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/29/2005 | 10 | Judge Rya W. Zobel : Order ORDER entered. Responsive pleading by 5/10/05.(Urso, Lisa) (Entered: 03/30/2005) |
| 05/04/2005 | 11 | MOTION for Extension of Time to June 13, 2005 to File A Responsive Pleading by Michael Thompson.(Badway, Eva) (Entered: 05/04/2005) |
| 05/10/2005 | 12 | Letter/request (non-motion) from Rosario Guzzi regarding court adjudications. (Johnson, Jay) (Entered: 05/11/2005) |
| 05/12/2005 | 13 | NOTICE of Assent by Rosario Guzzi re 11 MOTION for Extension of Time to June 13, 2005 to File A Responsive Pleading (Johnson, Jay) (Entered: 05/13/2005) |
| 05/19/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 11 |

| | | |
|---|---|---|
| | | Motion for Extension of Time. Answer due 6/13/05. (Urso, Lisa) (Entered: 05/19/2005) |
| 05/20/2005 | 14 | RESPONSE/ANSWER to 2 Petition for writ of habeas corpus (28:2254) by Michael Thompson. (Badway, Eva) (Entered: 05/20/2005) |
| 05/20/2005 | 15 | MOTION to Dismiss by Michael Thompson.(Badway, Eva) (Entered: 05/20/2005) |
| 05/20/2005 | 16 | MEMORANDUM in Support re 15 MOTION to Dismiss filed by Michael Thompson. (Badway, Eva) (Entered: 05/20/2005) |
| 05/20/2005 | 17 | NOTICE by Michael Thompson *of Filings with Clerk's Office* (Badway, Eva) (Entered: 05/20/2005) |
| 05/20/2005 | 18 | NOTICE of Filing w/the Clerks Office by Michael Thompson (Johnson, Jay) (Entered: 05/24/2005) |
| 05/20/2005 | 19 | SUPPLEMENTAL RESPONSE/ANSWER to 2 Petition for writ of habeas corpus (28:2254) by Michael Thompson. (Johnson, Jay) (Entered: 05/24/2005) |
| 05/25/2005 | 20 | Letter/request (non-motion) from Rosario Guzzi requesting assistance from Judge Zobels Law Clerks. (Johnson, Jay) (Entered: 05/26/2005) |
| 06/03/2005 | 21 | Judge Rya W. Zobel : OrderORDER entered denying 3 Motion to Appoint Counsel, denying 8 Motion for Hearing. As to respondent motion to dismiss #15, petitioner has until on or before July 1, 2005 to file his opposition. (Urso, Lisa) (Entered: 06/03/2005) |
| 06/08/2005 | 22 | MOTION for Reconsideration re 21 Order on Motion to Appoint Counsel, Order on Motion for Hearing by Rosario Guzzi.(Johnson, Jay) (Entered: 06/09/2005) |
| 06/09/2005 | | Sent a copy this date of the motion for reconsideration to defense counsel. (Urso, Lisa) (Entered: 06/09/2005) |
| 07/01/2005 | 23 | MEMORANDUM in Opposition re 15 MOTION to Dismiss filed by Rosario Guzzi. (Attachments: # 1)(Flaherty, Elaine) (Entered: 07/05/2005) |
| 07/21/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. Allowed on 3/29/05; (Urso, Lisa) (Entered: 07/21/2005) |

| | | |
|---|---|---|
| 11/04/2005 | 24 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered granting 15 Motion to Dismiss, denying 22 Motion for Reconsideration (Urso, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | 25 | Judge Rya W. Zobel : Order ORDER entered. ORDER DISMISSING CASE(Urso, Lisa) (Entered: 11/04/2005) |
| 11/17/2005 | 26 | MOTION for Certificate of Appealability by Rosario Guzzi. (Johnson, Jay) (Entered: 11/18/2005) |
| 11/17/2005 | 27 | MEMORANDUM in Support re 26 MOTION for Certificate of Appealability filed by Rosario Guzzi. (Johnson, Jay) (Entered: 11/18/2005) |
| 11/17/2005 | 29 | NOTICE OF APPEAL by Rosario Guzzi. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/7/2005. (Johnson, Jay) (Sent to Court of Appeals 1/26/06) Modified on 1/26/2006 (Johnson, Jay). Additional attachment(s) added on 1/27/2006 (Johnson, Jay). (Entered: 01/26/2006) |
| 12/09/2005 | 28 | Judge Rya W. Zobel : ORDER entered denying 26 Motion for Certificate of Appealability (Urso, Lisa) (Entered: 12/12/2005) |