February 2, 2006


Box 1218
Shirley, MA 01464


United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210


Attention: Ms. Susan Jenness, pro se Intake Clerk

Reference: 1:05-cv-10300-RWZ, <u>Guzzi v. Thompson</u>


Dear Clerk:


Please forward a certified copy of the docket entries in the above captioned matter, pursuant to Fed. R. App. 10(a)(3), so that I may proceed with my appeal.


Thank you in advance for your usual assistance and cooperation.


Very truly yours,

Rosario Guzzi, pro se
W-63283
MCI Shirley Medium